# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVIE BRADFORD, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 15-5201 GHK (JCx) |
| v. | |
| BANK OF AMERICA, et al | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/31/15 | 12 | Plaintiff's Response to Order to Show Cause |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other
   DOCUMENT IS STRICKEN. COURT NOTES THAT PLAINTIFF HAS RE-FILED THE REPONSE ON THE SAME DATE AS DOCUMENT #14.

Clerk, U.S. District Court

Dated: August 13, 2015

By: *Beatrice Herrera*
    *Clerk to Judge King*
    Deputy Clerk (213) 894-6907

cc: Assigned District Judge and/or Magistrate Judge