UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| STEVIE BRADFORD, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 15-5201 GHK (JCx) |
| v. | |
| BANK OF AMERICA, N.A., et al | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 8/10/15 | 17 | Motion to Remand |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   DOCUMENT # 17 IS STRICKEN AS NON-COMPLIANCE WITH THE LOCAL RULES.
   COURT NOTES THAT PLAINTIFF RE-FILED THE MOTION ON 8/11/15.

Clerk, U.S. District Court

Dated: August 13, 2015

By: *Beatrice Herrera*
*Clerk to Judge King*
Deputy Clerk (213) 894-6907

cc: Assigned District Judge and/or Magistrate Judge