Robert E. Boone III (SBN 132780)
Nafiz Cekirge (SBN 255710)
Sarah Burwick (SBN 267263)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      reboone@bryancave.com
             nafiz.cekirge@bryancave.com
             sarah.burwick@bryancave.com

Attorneys for Defendants Bank of America Corporation; Bank of America N.A.; Banc of America Mortgage Securities, Inc.; and ReconTrust Company, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE BRADFORD, an individual; JEFFERY WHITE, an individual; LETICIA MERCADO, an individual; REFUGIO MERCADO, an individual; GLORIA FERREL, an individual; ROBERT FERREL, an individual; KAREN GILMORE, an individual; LARRY MOORE, an individual; STEPHEN CHILDS, an individual; FRANCISCO RAMIREZ, an individual; MARIA RAMIREZ, an individual; MARIA PEREZ, an individual; WAYNE FONTZ, an individual; LOURDES FONTZ, an individual; JOHN LIPONI, an individual; DUNG HO, an individual; JOAN TUCKER, an individual; HAROLD TUCKER, an individual; WALTER LUSK, an individual; JAMES WILLIAMS, an individual; HASSAN ABDALLAH, an individual; MARIA ABDALLAH, an individual; LUIS SOTO, an individual; ARMINE AKCHEIAN, an individual; PETER BALATA, an individual; AGUSTIN (JOHN) LATOSQUIN, an individual; CRAIG FREIS, an individual; CARLA ORTIZ, an individual; MANUEL AMAYA, an individual; ANA JULIA AMAYA, an individual; TERRY STRAW, an individual; STACY STRAW, an individual; OSCAR BOBADILLA, an | Case No. 2:15-cv-05201-GHK Honorable George H. King

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Date: September 14, 2015
Time: 9:30 a.m.
Dept:  650

Action filed: June 11, 2015
Trial date:     None set |

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1  individual; JOSE ALVARENGA, an individual; JOSEPH MOORE, an
2  individual; ADELA MOORE, an individual; GEORGE LUCAS, an
3  individual; MARIA ODELL, an individual; ALEJANDRO BASURTO,
4  an individual; CHOR CHUN NGAN, an individual; CARLOS CASTILLO, an
5  individual; ISABEL ARREOLA, an individual; AMAR MALHI, an
6  individual; KULWANT KAUR MALHI, an individual; JULIO SANTA CRUZ, an
7  individual; DANIEL PERAZZO, an individual; DELJEAN STARKS, an
8  individual; EDWARD GONZALES, an individual; BERNICE GONZALES, an
9  individual; BARMWOOD COX, an individual; RUBEN GARCIA, an
10 individual; AMBER KRAUS, an individual; GREG KRAUS, an
11 individual, RAYMOND LUNA, an individual; PAUL RUSCONI, an
12 individual; LARRY BLUFORD, an individual; MICHELLE HARBOUR, an
13 individual; MARY DAVIDSON, an individual; KERALD MITCHELL, an
14 individual; MERCY UMEOKAFOR, an individual; MARTIN LOZANO, an
15 individual; DONALD MILLER, an individual; ALIS NAZIKYAN, an
16 individual; EVA FLOWERS, an individual; CAL BELL, an individual;
17 JAIME SEVILLA, an individual; WILMER Y ABAR, an individual;
18 SALVADOR MARTINEZ, an individual; STEVEN THORNE, an
19 individual; PETE FLORES, an individual; CYNTHIA FLORES, an
20 individual; REYNALDO JAOJOCO, an individual; CORAZON JAOJOCO, an
21 individual; PAT HENNEMANN, an individual; JOHN HENNEMANN, an
22 individual; ROGER GOWRINATHAN, an individual; CARLOS HURTADO, an
23 individual; NORMA NAVARRO, an individual; SCOTT STREISEL, an
24 individual; TRACI JOHNSON, an individual; EMETERIO RODRIGUEZ,
25 an individual; PEDRO PEREZ, an individual; GRISELDA PEREZ, an
26 individual; HERMILO ROBLES GOMEZ, an individual; JOAQUIN
27 REYES, an individual; MONICA GONZALEZ, an individual;
28 MARCELINO ROMAN, an individual;

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1  VICTOR MUNOZ, an individual;
   INGRID MUNOZ, an individual;
2  ALFREDO JIMENEZ, an individual;
   LARRY RIMER, an individual; TONY
3  KEUSSEYAN, an individual; EILEEN
   KEUSSEYAN, an individual; EMMIT
4  COLLIER, an individual; MARIA
   CUARA, an individual; ALAN
5  HUNTER, an individual; RUDESINDO
   FERNANDEZ, an individual;
6  CORNELIO BOSQUES an individual;
   EDDIE EBRAHIMI, an individual;
7  ROXANA MARROQUIN, an
   individual; PEDRO MARROQUIN, an
8  individual; ROCIO LOPEZ, an
   individual; JUAN DE DIOS
9  LANDAVERDE an individual;
   REBECCA ARTMORE, an individual;
10 MICHEAL ARTMORE, an individual;
   SHARON WILSON, an individual;
11 STANLEY GRAHAM, an individual;
   ISIDRO DUARTE, an individual;
12 JESUS JUAREZ, an individual; LILIA
   JUAREZ, an individual; HECTOR
13 RODRIGUEZ, an individual; FRED
   LEY, an individual; BETTY LEY, an
14 individual; LORENZO SELVA, an
   individual; RITA SELVA, an individual;
15 MICHAEL DAVIDSON, an individual;
   KIM DAVIDSON, an individual;
16 RAJAH NALLIAH, an individual;
   NOELINE SHANMUGAN, an
17 individual; LINDA PAUL, an
   individual; DENNIS ROSS, an
18 individual; TIFFANY WONG, an
   individual; LINDA K. HUNEKE, an
19 individual; REFUGIO ALARCON, an
   individual; LEONARDO ALARCON,
20 an individual; MARGARITA
   CONTRERAS, an individual; GEMMA
21 JIMENA, an individual; GLADYS
   BOCANEGRA, an individual; JOSEPH
22 CEDILLO, an individual; KEITH KIM,
   an individual; KENT VAAGEN, an
23 individual; ARGEO GALLASTEGUI,
   an individual; ISABEL
24 GALLASTEGUI, an individual; JOSE
   VELADO, an individual; MARIA
25 VELADO, an individual; HECTOR
   NIETO, an individual; BRENT BON, an
26 individual; MATTHEW HOFER, an
   individual; ANA LARA, an individual;
27 JESUS GUEVARA, an individual;
   FERNANDO MORALES, an individual;
28 ELIA HERNANDEZ, an individual;

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

1 ARTURO CALDERON, an individual; JESUS GONZALEZ, an individual;
2 BRADLEY SMITH, an individual; RANNAH SMITH, an individual;
3 CHERYL WELCH, an individual; THOMAS POLITZ, an individual;
4 DAVID RICKARD, an individual, GUSTAVO GONZALEZ, an individual;
5 RODOLFO CAGAMPAN, an individual; REFUGIO DIAZ, an
6 individual; ROSARIO DIAZ, an individual; RUBEN ESPINOZA, an
7 individual; RENE ESPINOZA, an individual; LYNNE MARIE
8 RASMUSSEN, an individual; RONALD KOLODZIEJ, an individual;
9 MARJEANNE TENDLER, an individual; ARTHUR TENDLER, an
10 individual; MICHELE VESPIER, an individual; ANALILIA WADE, an
11 individual; LORRAINE JOHNSON, an individual; MEHRAN ABAZARY, an
12 individual; SOHEILA FERDOWSI, an individual; JULIE ASPIRAS M.D., an
13 individual; MARIA CIBRIAN, an individual; ERNIE ANZURES an
14 individual; SHERI TOURTELLOTTE-JOHNSON, an individual; MANUEL
15 QUIROZ, an individual; SERGIO FAURRIETA, an individual; GARY
16 BROOKSHIER, an individual; MARIA GOMEZ, an individual; CHARLES
17 BATTLE, an individual; JON MARQUEZ, an individual; SHIRLEY
18 MARQUEZ, an individual; LOLITA MANAOAT, an individual; BENITO
19 GONZALEZ, an individual; CARLOS LEMUS, an individual; LINDA V. DEL
20 ANGEL, an individual; CHARLIE HARRIS, an individual; SHELLEY
21 CALDWELL, an individual; DEBRA DEMAGNUS, an individual;
22 LAWRENCE BELL, an individual; YOLANDA TUMANENG, an
23 individual; VIRGINIA WESTON, an individual; FRANCIS FUNIESTAS, an
24 individual; MARISSA FUNIESTAS, an individual; GUILLERMO FLORES, an
25 individual; KENNETH SKAIFE, an individual; BALDEV SINGH, an
26 individual; DAVID MANAOAT, an individual; LEAH MANAOAT, an
27 individual; ALFONSO BORJA, an individual; AVELINA BORJA, an
28 individual; RICARDO FAJARDO, an

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

individual; GRACE HONG, an individual; STEPHEN HARRIS, an individual; ROBERTA BURTON, an individual; OTHELLO ABATA, an individual; ERLINDA ABATA, an individual; YOUNG J. PARK, an individual; CHRISTOPHER FLORENDO, an individual; DELICIA FLORENDO, an individual; TEIRA DOOM, an individual; CIRILO GOMEZ, an individual; YOLANDA SMITH, an individual; LEVITA TAYLOR, an individual; WILLIAM TAYLOR, an individual; JANET HAGEN, an individual; JAMES HAGEN, an individual; LOLITA CUNANAN, an individual; JOHNNY VISTA, an individual; OLGA VISTA, an individual; ANDRES IBARRA, an individual; ANABELLA IBARRA, an individual; ESTELLA DOMINGUEZ, an individual; MARIA LAZARO, an individual; JESUS LAZARO, an individual; ALLEN WILSON, an individual; THOMAS LUKE, an individual; DEBORAH LUKE, an individual; JUAN MOYA, an individual; VERONICA MOYA, an individual; ROBERT RODEN, an individual; KAREN GILMORE, an individual; LARRY MOORE, an individual; STEVEN CHILDS, an individual; FRANCISCO RAMIREZ, an individual; MARIA RAMIREZ, an individual, MARIA PEREZ, an individual; STEVIE BRADFORD, an individual; WAYNE FONTZ, an individual; LOURDES FONTZ, an individual; JOHN LIPONI, an individual; JOAN TUCKER, an individual; HAROLD TUCKER, an individual; WALTER LUSK, an individual; JAMES WILLIAMS, an individual; HASSAN ABDALLAH, an individual; MARIA ABDALLAH, an individual; LUIS SOTO, an individual; ARMINE AKCHEIAN, an individual; PETER BAIATA, an individual; AGUSTIN LATOSQUIN, an individual; OSCAR BOBADILLA, an individual; JOSE ALVARENGA, an individual; GEORGE LUCAS, an individual; CHOR CHUN NGAN, an individual; AMBER KRAUS, an individual; GREG KRAUS, an individual; RAYMOND LUNA, an individual; LARRY

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| 1 | BLUFORD, an individual; KERALD MITCHELL, an individual; MERCY |
| 2 | UMEOKAFOR, an individual; SALVADOR MARTINEZ, an |
| 3 | individual; PAT HENNEMANN, an individual; JOHN HENNEMANN, an |
| 4 | individual; CARLOS HURTADO, an individual; EMETERIO RODRIGUEZ, |
| 5 | an individual; LETICIA RODRIGUEZ, an individual; PEDRO PEREZ, an |
| 6 | individual; GRISELDA PEREZ, an individual; VICTOR MUNOZ, an |
| 7 | INGRID MUNOZ, an individual; MARIA CUARA, an individual; EDDIE |
| 8 | EBRAHIMI, an individual; ROCIO LOPEZ, an individual; |
| 9 | JUAN DE DIOS LANDAVERDE, an individual; REBECCA ARTMORE, an |
| 10 | individual; MICHAEL ARTMORE, an individual; JESUS JUAREZ, an |
| 11 | individual; LILIA JUAREZ, an individual; DENNIS ROSS, an |
| 12 | individual; MARGARITA CONTRERAS, an individual; GLADYS |
| 13 | BOCANEGRA, an individual;. CARLOS BOCANEGRA, an individual; |
| 14 | KEITH KIM, an individual; KENT VAAGEN, an individual; ARGEO |
| 15 | GALLASTEGUI, an individual; ISABEL GALLASTEGUI, an |
| 16 | individual; JOSE VELADO, an individual; MARIA VELADO, an |
| 17 | individual; HECTOR NIETO, an individual; BRENT BON, an individual; |
| 18 | MATTHEW HOFER, an individual; ANA LARA, an individual; JESUS |
| 19 | GUEVARA, an individual; FERNANDO MORALES, an individual; |
| 20 | ELIA HERNANDEZ, an individual; BRADLEY SMITH, an individual; |
| 21 | RANNAH SMITH, an individual; CHERYL WELCH, an individual; |
| 22 | THOMAS POLITZ, an individual; GUSTAVO GONZALEZ, an individual; |
| 23 | RODOLFO CAGAMPAN, an individual; REFUGIO DIAZ, an |
| 24 | individual; RUBEN ESPINOZA, an individual; RENE ESPINOZA, an |
| 25 | individual; RONALD KOLODZIEJ, an individual; MARIA CIBRIAN, an |
| 26 | individual; LORRAINE JOHNSON, an individual; MANUEL QUIROZ, an |
| 27 | individual; SERGIO FAURRIETA, an individual; GARY BROOKSHIER, an |
| 28 | individual; CARLOS LEMUS, an |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

individual; SHELLEY CALDWELL, an individual; DEBRA DEMAGNUS, an individual; LAWRENCE BELL, an individual; VIRGINIA WESTON, an individual; GUILLERMO FLORES, an individual; RICARDO FAJARDO, an individual; TEIRA DOOM, an individual; DAVE MAFFIE, an individual; LINDA HUBBARD, an individual; EDUARDO MUNOZ, an individual; EDDIE MUNOZ, an individual; ROLANDO MARTINEZ, an individual; RONALD RUIZ, an individual; SANDRA RUIZ, an individual; HOPERT MADISON, an individual; TERI O'ROURKE, an individual; SANDRA MORAN, an individual; JUAN MUNOZ, an individual; JAMES WALKER, an individual; WILLIAM COSTA, an individual; TONY CASTADINI, an individual; BARBARA HARADA, an individual; BARBARA HENRY, an individual; PAUL HENRY, an individual; DAWN MAHURIN, an individual; MARK MORGAN, an individual; RICH JOHNSON, an individual; MICHELLE JOHNSON, an individual; AURELIO RUIZ, an individual; YASMINE KABUYA, an individual; GRACE ZARAGOZA, an individual; CARLOS MAGALLON, an individual; MARIO DIAZ, an individual; MAGADELENA DIAZ, an individual; CLIFTON KINGSTON, an individual; TERESA IRANNEJAD, an individual; MICHAEL MCDONALD, an individual; LUISA VARGAS, an individual, JESSE CHAPMAN, an individual; SAVIOUR AZZOPARDI, an individual; KATHRYN AZZOPARDI, an individual; BEATRIZ GARCIA, an individual; GILBERTO SANABRIA, an individual; ADRIAN AGUILAR, an individual; and JOSE GUTIERREZ, an individual;

      Plaintiffs,

   vs.

BANK OF AMERICA CORPORATION, a Delaware corporation; authorized to do business in

| | |
|---|---|
| 1 | California; BANK OF AMERICA, N.A.; BANC OF AMERICA MORTGAGE SECURITIES, INC., not authorized to do business in California; RECONTRUST COMPANY, N.A., and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1880734.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 14, 2015, in Department 650 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Defendants Bank of America Corporation, Bank of America, N.A., Banc of America Mortgage Securities, Inc., and ReconTrust Company, N.A. (collectively, "Defendants") will, and hereby do, request that this Court take judicial notice of the following document:

- Exhibit 1: The Complaint filed in this action in state court before the action was removed to this Court.

This Request for Judicial Notice is based on this Request for Judicial Notice and the accompanying Memorandum of Points and Authorities, the concurrently filed Opposition to Plaintiffs Remand Motion, and all other matters that the Court may consider.

Dated:  August 24, 2015         **BRYAN CAVE LLP**

By: */s/ Nafiz Cekirge*
Nafiz Cekirge
Attorneys for Defendants
Bank of America Corporation; Bank of America N.A.; Banc of America Mortgage Securities, Inc.; and ReconTrust Company, N.A.

1
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

## MEMORANDUM OF POINTS AND AUTHORITIES

"A court may take judicial notice of a document filed in another court." *United States v. Jones*, 29 F.3d 1549, 1553 (9th Cir. 1994) (internal quotations and citation omitted).  The Complaint, attached as Exhibit 1, is a true and correct copy of the Complaint that Defendants retrieved from the state court docket in this action. Accordingly, this Court should take judicial notice of Exhibit 1.

Dated:  August 24, 2015            **BRYAN CAVE LLP**

By: */s/ Nafiz Cekirge*
    Nafiz Cekirge
Attorneys for Defendants
Bank of America Corporation; Bank of America N.A.; Banc of America Mortgage Securities, Inc.; and ReconTrust Company, N.A.

.

1880734.1

2

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE