1  Robert E. Boone III (SBN 132780)
2  Nafiz Cekirge (SBN 255710)
   Sarah Burwick (SBN 267263)
3  **BRYAN CAVE LLP**
   120 Broadway, Suite 300
4  Santa Monica, CA  90401-2386
   Telephone:  (310) 576-2100
5  Facsimile:  (310) 576-2200
   E-Mail:     reboone@bryancave.com
6              nafiz.cekirge@bryancave.com
               sarah.burwick@bryancave.com

7  Attorneys for Defendants Bank of America Corporation; Bank of America N.A.;
8  Banc of America Mortgage Securities, Inc.; and ReconTrust Company, N.A.

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12  STEVIE BRADFORD, an individual;
    JEFFERY WHITE, an individual;
13  LETICIA MERCADO, an individual;
    REFUGIO MERCADO, an individual;
14  GLORIA FERREL, an individual;
    ROBERT FERREL, an individual;
15  KAREN GILMORE, an individual;
    LARRY MOORE, an individual;
16  STEPHEN CHILDS, an individual;
    FRANCISCO RAMIREZ, an individual;
17  MARIA RAMIREZ, an individual;
    MARIA PEREZ, an individual;
18  WAYNE FONTZ, an individual;
    LOURDES FONTZ, an individual;
19  JOHN LIPONI, an individual; DUNG
    HO, an individual; JOAN TUCKER, an
20  individual; HAROLD TUCKER, an
    individual; WALTER LUSK, an
21  individual; JAMES WILLIAMS, an
    individual; HASSAN ABDALLAH, an
22  individual; MARIA ABDALLAH, an
    individual; LUIS SOTO, an individual;
23  ARMINE AKCHEIAN, an individual;
    PETER BALATA, an individual;
24  AGUSTIN (JOHN) LATOSQUIN, an
    individual; CRAIG FREIS, an
25  individual; CARLA ORTIZ, an
    individual; MANUEL AMAYA, an
26  individual; ANA JULIA AMAYA, an
    individual; TERRY STRAW, an
27  individual; STACY STRAW, an
    individual; OSCAR BOBADILLA, an
28

Case No. 2:15-cv-05201-GHK
Honorable George H. King

**PROOF OF SERVICE**

Date: September 14, 2015
Time: 9:30 a.m.
Dept:  650

Action filed:  June 11, 2015
Trial date:    None set

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

1107899.1

1 | individual; JOSE ALVARENGA, an individual; JOSEPH MOORE, an
2 | individual; ADELA MOORE, an individual; GEORGE LUCAS, an
3 | individual; MARIA ODELL, an individual; ALEJANDRO BASURTO,
4 | an individual; CHOR CHUN NGAN, an individual; CARLOS CASTILLO, an
5 | individual; ISABEL ARREOLA, an individual; AMAR MALHI, an
6 | individual; KULWANT KAUR MALHI, an individual; JULIO SANTA CRUZ, an
7 | individual; DANIEL PERAZZO, an individual; DELJEAN STARKS, an
8 | individual; EDWARD GONZALES, an individual; BERNICE GONZALES, an
9 | individual; BARMWOOD COX, an individual; RUBEN GARCIA, an
10 | individual; AMBER KRAUS, an individual; GREG KRAUS, an
11 | individual, RAYMOND LUNA, an individual; PAUL RUSCONI, an
12 | individual; LARRY BLUFORD, an individual; MICHELLE HARBOUR, an
13 | individual; MARY DAVIDSON, an individual; KERALD MITCHELL, an
14 | individual; MERCY UMEOKAFOR, an individual; MARTIN LOZANO, an
15 | individual; DONALD MILLER, an individual; ALIS NAZIKYAN, an
16 | individual; EVA FLOWERS, an individual; CAL BELL, an individual;
17 | JAIME SEVILLA, an individual; WILMER Y ABAR, an individual;
18 | SALVADOR MARTINEZ, an individual; STEVEN THORNE, an
19 | individual; PETE FLORES, an individual; CYNTHIA FLORES, an
20 | individual; REYNALDO JAOJOCO, an individual; CORAZON JAOJOCO, an
21 | individual; PAT HENNEMANN, an individual; JOHN HENNEMANN, an
22 | individual; ROGER GOWRINATHAN, an individual; CARLOS HURTADO, an
23 | individual; NORMA NAVARRO, an individual; SCOTT STREISEL, an
24 | individual; TRACI JOHNSON, an individual; EMETERIO RODRIGUEZ,
25 | an individual; PEDRO PEREZ, an individual; GRISELDA PEREZ, an
26 | individual; HERMILO ROBLES GOMEZ, an individual; JOAQUIN
27 | REYES, an individual; MONICA GONZALEZ, an individual;
28 | MARCELINO ROMAN, an individual;

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1107899.1

PROOF OF SERVICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1  VICTOR MUNOZ, an individual;
INGRID MUNOZ, an individual;
2  ALFREDO JIMENEZ, an individual;
LARRY RIMER, an individual; TONY
3  KEUSSEYAN, an individual; EILEEN
KEUSSEYAN, an individual; EMMIT
4  COLLIER, an individual; MARIA
CUARA, an individual; ALAN
5  HUNTER, an individual; RUDESINDO
FERNANDEZ, an individual;
6  CORNELIO BOSQUES an individual;
EDDIE EBRAHIMI, an individual;
7  ROXANA MARROQUIN, an
individual; PEDRO MARROQUIN, an
8  individual; ROCIO LOPEZ, an
individual; JUAN DE DIOS
9  LANDAVERDE an individual;
REBECCA ARTMORE, an individual;
10  MICHEAL ARTMORE, an individual;
SHARON WILSON, an individual;
11  STANLEY GRAHAM, an individual;
ISIDRO DUARTE, an individual;
12  JESUS JUAREZ, an individual; LILIA
JUAREZ, an individual; HECTOR
13  RODRIGUEZ, an individual; FRED
LEY, an individual; BETTY LEY, an
14  individual; LORENZO SELVA, an
individual; RITA SELVA, an individual;
15  MICHAEL DAVIDSON, an individual;
KIM DAVIDSON, an individual;
16  RAJAH NALLIAH, an individual;
NOELINE SHANMUGAN, an
17  individual; LINDA PAUL, an
individual; DENNIS ROSS, an
18  individual; TIFFANY WONG, an
individual; LINDA K. HUNEKE, an
19  individual; REFUGIO ALARCON, an
individual; LEONARDO ALARCON,
20  an individual; MARGARITA
CONTRERAS, an individual; GEMMA
21  JIMENA, an individual; GLADYS
BOCANEGRA, an individual; JOSEPH
22  CEDILLO, an individual; KEITH KIM,
an individual; KENT VAAGEN, an
23  individual; ARGEO GALLASTEGUI,
an individual; ISABEL
24  GALLASTEGUI, an individual; JOSE
VELADO, an individual; MARIA
25  VELADO, an individual; HECTOR
NIETO, an individual; BRENT BON, an
26  individual; MATTHEW HOFER, an
individual; ANA LARA, an individual;
27  JESUS GUEVARA, an individual;
FERNANDO MORALES, an individual;
28  ELIA HERNANDEZ, an individual;

1107899.1

PROOF OF SERVICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1 ARTURO CALDERON, an individual;
JESUS GONZALEZ, an individual;
2 BRADLEY SMITH, an individual;
RANNAH SMITH, an individual;
3 CHERYL WELCH, an individual;
THOMAS POLITZ, an individual;
4 DAVID RICKARD, an individual,
GUSTAVO GONZALEZ, an individual;
5 RODOLFO CAGAMPAN, an
individual; REFUGIO DIAZ, an
6 individual; ROSARIO DIAZ, an
individual; RUBEN ESPINOZA, an
7 individual; RENE ESPINOZA, an
individual; LYNNE MARIE
8 RASMUSSEN, an individual; RONALD
KOLODZIEJ, an individual;
9 MARJEANNE TENDLER, an
individual; ARTHUR TENDLER, an
10 individual; MICHELE VESPIER, an
individual; ANALILIA WADE, an
11 individual; LORRAINE JOHNSON, an
individual; MEHRAN ABAZARY, an
12 individual; SOHEILA FERDOWSI, an
individual; JULIE ASPIRAS M.D., an
13 individual; MARIA CIBRIAN, an
individual; ERNIE ANZURES an
14 individual; SHERI TOURTELLOTTE-
JOHNSON, an individual; MANUEL
15 QUIROZ, an individual; SERGIO
FAURRIETA, an individual; GARY
16 BROOKSHIER, an individual; MARIA
GOMEZ, an individual; CHARLES
17 BATTLE, an individual; JON
MARQUEZ, an individual; SHIRLEY
18 MARQUEZ, an individual; LOLITA
MANAOAT, an individual; BENITO
19 GONZALEZ, an individual; CARLOS
LEMUS, an individual; LINDA V. DEL
20 ANGEL, an individual; CHARLIE
HARRIS, an individual; SHELLEY
21 CALDWELL, an individual; DEBRA
DEMAGNUS, an individual;
22 LAWRENCE BELL, an individual;
YOLANDA TUMANENG, an
23 individual; VIRGINIA WESTON, an
individual; FRANCIS FUNIESTAS, an
24 individual; MARISSA FUNIESTAS, an
individual; GUILLERMO FLORES, an
25 individual; KENNETH SKAIFE, an
individual; BALDEV SINGH, an
26 individual; DAVID MANAOAT, an
individual; LEAH MANAOAT, an
27 individual; ALFONSO BORJA, an
individual; AVELINA BORJA, an
28 individual; RICARDO FAJARDO, an

1107899.1

PROOF OF SERVICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1 | individual; GRACE HONG, an
individual; STEPHEN HARRIS, an
2 | individual; ROBERTA BURTON, an
individual; OTHELLO ABATA, an
3 | individual; ERLINDA ABATA, an
individual; YOUNG J. PARK, an
4 | individual; CHRISTOPHER
FLORENDO, an individual; DELICIA
5 | FLORENDO, an individual; TEIRA
DOOM, an individual; CIRILO
6 | GOMEZ, an individual; YOLANDA
SMITH, an individual; LEVITA
7 | TAYLOR, an individual; WILLIAM
TAYLOR, an individual; JANET
8 | HAGEN, an individual; JAMES
HAGEN, an individual; LOLITA
9 | CUNANAN, an individual; JOHNNY
VISTA, an individual; OLGA VISTA,
10 | an individual; ANDRES IBARRA, an
individual; ANABELLA IBARRA, an
11 | individual; ESTELLA DOMINGUEZ,
an individual; MARIA LAZARO, an
12 | individual; JESUS LAZARO, an
individual; ALLEN WILSON, an
13 | individual; THOMAS LUKE, an
individual; DEBORAH LUKE, an
14 | individual; JUAN MOYA, an individual;
VERONICA MOYA, an individual;
15 | ROBERT RODEN, an individual;
KAREN GILMORE, an individual;
16 | LARRY MOORE, an individual;
STEVEN CHILDS, an individual;
17 | FRANCISCO RAMIREZ, an individual;
MARIA RAMIREZ, an individual,
18 | MARIA PEREZ, an individual; STEVIE
BRADFORD, an individual; WAYNE
19 | FONTZ, an individual; LOURDES
FONTZ, an individual; JOHN LIPONI,
20 | an individual; JOAN TUCKER, an
individual; HAROLD TUCKER, an
21 | individual; WALTER LUSK, an
individual; JAMES WILLIAMS, an
22 | individual; HASSAN ABDALLAH, an
individual; MARIA ABDALLAH, an
23 | individual; LUIS SOTO, an individual;
ARMINE AKCHEIAN, an individual;
24 | PETER BAIATA, an individual;
AGUSTIN LATOSQUIN, an individual;
25 | OSCAR BOBADILLA, an individual;
JOSE ALVARENGA, an individual;
26 | GEORGE LUCAS, an individual;
CHOR CHUN NGAN, an individual;
27 | AMBER KRAUS, an individual; GREG
KRAUS, an individual; RAYMOND
28 | LUNA, an individual; LARRY

1107899.1

PROOF OF SERVICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1  BLUFORD, an individual; KERALD
MITCHELL, an individual; MERCY
2  UMEOKAFOR, an individual;
SALVADOR MARTINEZ, an
3  individual; PAT HENNEMANN, an
individual; JOHN HENNEMANN, an
4  individual; CARLOS HURTADO, an
individual; EMETERIO RODRIGUEZ,
5  an individual; LETICIA RODRIGUEZ,
an individual; PEDRO PEREZ, an
6  individual; GRISELDA PEREZ, an
individual; VICTOR MUNOZ, an
7  INGRID MUNOZ, an individual;
MARIA CUARA, an individual; EDDIE
8  EBRAHIMI, an individual; ROCIO
LOPEZ, an individual;
9  JUAN DE DIOS LANDAVERDE, an
individual; REBECCA ARTMORE, an
10 individual; MICHAEL ARTMORE, an
individual; JESUS JUAREZ, an
11 individual; LILIA JUAREZ, an
individual; DENNIS ROSS, an
12 individual; MARGARITA
CONTRERAS, an individual; GLADYS
13 BOCANEGRA, an individual;.
CARLOS BOCANEGRA, an individual;
14 KEITH KIM, an individual; KENT
VAAGEN, an individual; ARGEO
15 GALLASTEGUI, an individual;
ISABEL GALLASTEGUI, an
16 individual; JOSE VELADO, an
individual; MARIA VELADO, an
17 individual; HECTOR NIETO, an
individual; BRENT BON, an individual;
18 MATTHEW HOFER, an individual;
ANA LARA, an individual; JESUS
19 GUEVARA, an individual;
FERNANDO MORALES, an individual;
20 ELIA HERNANDEZ, an individual;
BRADLEY SMITH, an individual;
21 RANNAH SMITH, an individual;
CHERYL WELCH, an individual;
22 THOMAS POLITZ, an individual;
GUSTAVO GONZALEZ, an individual;
23 RODOLFO CAGAMPAN, an
individual; REFUGIO DIAZ, an
24 individual; RUBEN ESPINOZA, an
individual; RENE ESPINOZA, an
25 individual; RONALD KOLODZIEJ, an
individual; MARIA CIBRIAN, an
26 individual; LORRAINE JOHNSON, an
individual; MANUEL QUIROZ, an
27 individual; SERGIO FAURRIETA, an
individual; GARY BROOKSHIER, an
28 individual; CARLOS LEMUS, an

1107899.1

PROOF OF SERVICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

1  individual; SHELLEY CALDWELL, an
individual; DEBRA DEMAGNUS, an
2  individual; LAWRENCE BELL, an
individual; VIRGINIA WESTON, an
3  individual; GUILLERMO FLORES, an
individual; RICARDO FAJARDO, an
4  individual; TEIRA DOOM, an
individual; DAVE MAFFIE, an
5  individual; LINDA HUBBARD, an
individual; EDUARDO MUNOZ, an
6  individual; EDDIE MUNOZ, an
individual; ROLANDO MARTINEZ, an
7  individual; RONALD RUIZ, an
individual; SANDRA RUIZ, an
8  individual; HOPERT MADISON, an
individual; TERI O'ROURKE, an
9  individual; SANDRA MORAN, an
individual; JUAN MUNOZ, an
10 individual; JAMES WALKER, an
individual; WILLIAM COSTA, an
11 individual; TONY CASTADINI, an
individual; BARBARA HARADA, an
12 individual; BARBARA HENRY, an
individual; PAUL HENRY, an
13 individual; DAWN MAHURIN, an
individual; MARK MORGAN, an
14 individual; RICH JOHNSON, an
individual; MICHELLE JOHNSON, an
15 individual; AURELIO RUIZ, an
individual; YASMINE KABUYA, an
16 individual; GRACE ZARAGOZA, an
individual; CARLOS MAGALLON, an
17 individual; MARIO DIAZ, an
individual; MAGADELENA DIAZ, an
18 individual; CLIFTON KINGSTON, an
individual; TERESA IRANNEJAD, an
19 individual; MICHAEL MCDONALD,
an individual; LUISA VARGAS, an
20 individual, JESSE CHAPMAN, an
individual; SAVIOUR AZZOPARDI, an
21 individual; KATHRYN AZZOPARDI,
an individual; BEATRIZ GARCIA, an
22 individual; GILBERTO SANABRIA, an
individual; ADRIAN AGUILAR, an
23 individual; and JOSE GUTIERREZ, an
individual;

24
                    Plaintiffs,
25
              vs.
26
BANK OF AMERICA
27 CORPORATION, a Delaware
corporation; authorized to do business in
28

1107899.1

PROOF OF SERVICE

1  California; BANK OF AMERICA,
2  N.A.; BANC OF AMERICA
   MORTGAGE SECURITIES, INC., not
3  authorized to do business in California;
4  RECONTRUST COMPANY, N.A., and
   DOES 1 through 100, inclusive,
5
                    Defendants.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

1107899.1

PROOF OF SERVICE

**PROOF OF SERVICE**
*Stevie Bradford, et al. v. Bank of America, N.A., et al.*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.  My e-mail address is Monica.Brandenberg@bryancave.com.

On August 24, 2015, I served the foregoing documents, described below as:

1.      **DEFENDANTS' OPPOSITION TO MOTION TO REMAND;**

2.      **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND;**

3.      **PROOF OF SERVICE**

on each interested party in this action, as follows:
.

| | |
|---|---|
| John E. Mortimer, Esq.<br>Brookstone Law, PC<br>1503 South Coast Drive, Suite 313<br>Costa Mesa, CA 92626 | *Attorney for Plaintiffs* |

☒     (VIA ELECTRONIC SERVICE)  The document was served via The United States District Court of California –  Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case.  Each transmission was reported as complete and without error.

☒     (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed on August 24, 2015 at Santa Monica , California.

/s/ Monica Brandenberg
Monica Brandenberg

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1107899.1