Jonathan Tarkowski, Esq., SBN: 297599
BROOKSTONE LAW, PC
18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVIE BRADFORD, an individual, et al.

Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.

Defendant(s).

**CASE NUMBER**

2:15-cv-05201-GHK

**NOTICE OF DISMISSAL PURSUANT
TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

September 25, 2015
_____
Date

_____
Signature of Attorney/Party

*NOTE:* *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

*Bradford, et al. v. Bank of America, N.A. et al.*
United States Distrist Court, Central Distric
Case No.: 2:15-cv-05201-GHK

## PROOF OF SERVICE

I am a resident of Orange County and citizen of the United States. I am over the age of 18 years and not a party to the within action; my business address is 18400 Von Karman Ave.,  10th Floor, Irvine, California 92612.

On September 25, 2015, I served the **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows and the parties on the attached Service List who were not electronically served.

Robert E. Boone III
Nafiz Cekrige
Sarah Burwick
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Attorneys for Defendants

\_\_\_   **(BY MAIL)** -The envelope was mailed with postage thereon fully prepaid.  I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

\_X\_   **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. Determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

\_\_\_   **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Bradford, et al. v. Bank of America, N.A. et al.*
*United States Distrist Court, Central Distric*
*Case No.: 2:15-cv-05201-GHK*

__X_  **(FEDERAL)**  I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

      Executed on September 25, 2015, in Irvine, California.

                       /s/ Regina Desroches_____
                       Regina Desroches

**PROOF OF SERVICE**